UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No. CV-15-08677-MWF-GJS    Date: August 1, 2016
Title:    Lusida Rubber Products, Inc. -v- Point Industrial, LLC, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE SECOND AMENDED COMPLAINT AND ORDER TO SHOW CAUSE

On July 8, 2016, the Court ordered Plaintiff to file the Second Amended Complaint on or before July 12, 2016. (Order Granting Motion for Leave to File Second Amended Complaint at 2 (Docket No. 77)). The Second Amended Complaint has not been filed with the Court. Accordingly, Plaintiff is **ORDERED** to file the Second Amended Complaint on or before **August 8, 2016**.

On May 19, 2016, the Court ordered Plaintiff to serve and file proofs of service for Defendants Shanghai Chanson and Shanghai Lusida on or before July 18, 2016. No proofs of service have been filed. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why Defendants Shanghai Chanson and Shanghai Lusida should not be dismissed from this action. Defendant must respond to the Order to Show Cause in writing on or before **August 15, 2016**.

IT IS SO ORDERED.