# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUSIDA RUBBER PRODUCTS, INC., a Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>POINT INDUSTRIAL, LLC, a California Limited Liability Company; SHANGHAI LUSIDA RUBBER PRODUCTS CO., LTD. AKA LUSIDA SHANGHAI RUBBER, LTD. AKA SHANGHAI LUSIDA RUBBER AND PLASTICS SPECIALITY PRODUCTS AKA SHANGHAI LUSIDA RUBBER COMPANY, LTD., a Chinese Limited Company; SHANGHAI CHANSON TRADING CO., LTD., a Chinese Limited Company; ZU GUO (MICHAEL) XU, an individual; WEI WEI (JACKIE) YIN, an individual; LENH CHIU, an individual; YURONG (ELLEN) SUN, an individual; CHRISTOPHER FOUGHTY AKA EUGENE ALLEN, an individual; WEI (CINDY) SHEN, an individual; and DOES 1-50, inclusive,<br><br>            Defendants.<br>_____ | Case No.: 2:15-cv-8677-MWF (GJSx)<br><br>**JUDGMENT** |

| | |
|---|---|
| POINT INDUSTRIAL, LLC, a California Limited Liability Company; WEI WEI (JACKIE) YIN, an individual; LENH CHIU, an individual; CHRISTOPHER FOUGHTY AKA EUGENE ALLEN, an individual; WEI (CINDY) SHEN, an individual;<br><br>　　　　　Counterclaimants,<br><br>v.<br><br>LUSIDA RUBBER PRODUCTS, INC., a Corporation,<br><br>　　　　　Counter-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

The Court having granted Defendant Michael Xu's Motion to Dismiss Third Amended Complaint (Docket No. 109), and the parties having filed a Stipulation of Dismissal as to all parties remaining in the action (Docket No. 239),

Now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendant Michael Xu, and Plaintiff shall take nothing by way of its Third Amended Complaint.

Defendant Michael Xu is awarded his costs as provided by law.

Dated: April 26, 2017.

　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　United States District Judge